# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Cynthia Washington, et al().
                    Plaintiff,

v.                                                 Case No.: 1:17–cv–00925
                                                   Honorable Rebecca R. Pallmeyer

Dahleen, Inc., et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 1, 2018:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion hearing called. No one appeared on Plaintiff's counsel's motion to withdraw [86]. John Billhorn's motion to withdraw as counsel for Plaintiffs Marla Clemons and Carole Demarco [86] is granted. As previously reported to the Court on 10/24/2018, settlement was reached with 12 of the 14 Plaintiffs. The instant action is hereby dismissed with prejudice pursuant to settlement as to the 12 plaintiffs that have settled and without prejudice as to Plaintiffs Marla Clemons and Carole Demarco. Civil case terminated. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.